UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT D. GRIFFIN,

           Plaintiff,

   v.

DAN WHITE, et al.,

           Defendants.

CASE NO. C18-5133 BHS-JRC

ORDER MODIFYING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 6), and Plaintiff's objections to the R&R (Dkt. 7).

On March 20, 2018, Judge Creatura entered an order requiring that Plaintiff show cause why this case should not be consolidated with Plaintiff's separate lawsuit, *Griffin v. White*, 3:17-cv-05841-RBL-JRC, also pending in this district. Dkt. 5. Judge Creatura instructed Plaintiff to file a response no later than April 20, 2018, or face dismissal or consolidation *sua sponte*. *Id.* at 2. Plaintiff did not respond to the show cause order. On May 11, 2018, Judge Creatura entered the R&R and recommended the dismissal of Plaintiff's complaint without prejudice. Dkt. 6. On May 18, 2018, Plaintiff objected to the R&R. Dkt. 7.

1   The district judge must determine de novo any part of the magistrate judge's
2   disposition that has been properly objected to. The district judge may accept, reject, or
3   modify the recommended disposition; receive further evidence; or return the matter to the
4   magistrate judge with instructions.  Fed. R. Civ. P. 72(b)(3).
5   Plaintiff's objection requests that the Court consolidate the cases instead of
6   dismissing his present complaint without prejudice. Reviewing the most recent amended
7   complaint in *Griffin v. White*, 3:17-cv-05841-RBL-JRC, it is clear that these cases are
8   predicated on the same alleged series of transactions or conduct and should be heard at
9   the same time by the same judge. Plaintiff does not provide any explanation for his
10  failure to timely comply with Judge Creatura's show cause order, which plainly stated
11  that failure to respond would result in consolidation or dismissal. However, dismissal
12  without prejudice would mean that Plaintiff could still raise his claims by filing a motion
13  and seeking leave of the Court in *Griffin v. White*, 3:17-cv-05841-RBL-JRC. Any
14  functional distinction between consolidating the cases or dismissing without prejudice is
15  de minimus.
16  The Court having considered the R&R, Plaintiff's objections, and the remaining
17  record, does hereby find and order as follows:
18      (1)   The R&R is **MODIFIED**; and
19      (2)   This action is **CONSOLIDATED** with *Griffin v. White*, 3:17-cv-05841-
20  RBL-JRC.
21  The Clerk is directed to file this order in Cause No. 3:18-cv-05133-BHS and
22  Cause No. 3:17-cv-05841-RBL-JRC and then close Cause No. 3:18-cv-05133-BHS. No

ORDER - 2

1  additional documents shall be filed in Cause No. 3:18-cv-05133-BHS and all future
2  documents regarding these matters are to be filed in Cause No. 3:17-cv-05841-RBL-JRC.
3  **IT IS SO ORDERED**.
4  Dated this 19th day of June, 2018.

BENJAMIN H. SETTLE
United States District Judge