UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN GRIFFIN, JR.,

    Plaintiff,

v.

DANIEL W. WHITE, et al.,

    Defendants.

CASE NO. 3:17-cv-05841-RBL

ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION AND GRANTING LEAVE TO AMEND

Plaintiff Robert Dean Griffin, Jr., filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this case in July of 2017. Dkt. 1. He filed a second § 1983 action in February of 2018. *Griffin v. White*, No. 3:18-cv-5133-BHS-JRC, Dkt. 1. Both that case and the present case raised claims stemming from the same core of operative facts. Thus, in March of 2018, Magistrate Judge J. Richard Creatura entered an order in plaintiff's second § 1983 action, ordering plaintiff to show cause why that case should not be consolidated with the case presently before the Court. *Id.*, Dkt. 5. When plaintiff failed to respond, Judge Creatura entered a report and recommendation, recommending that plaintiff's second action be dismissed. *Id.*, Dkt. 6.

ORDER DECLINING TO ADOPT REPORT AND
RECOMMENDATION AND GRANTING LEAVE TO
AMEND - 1

Judge Creatura subsequently entered a report and recommendation in the present case, recommending that defendants' motion for summary judgment be granted and plaintiff's action dismissed. Dkt. 55. However, the Court received objections to the report and recommendation in plaintiff's second case and entered an order consolidating the two cases. Dkt. 56. Though the order was signed before Judge Creatura entered his report and recommendation on the motion for summary judgment, the Court's Order was not entered on the docket until after the report and recommendation. *Compare* Dkt. 55 *with* Dkt. 56.

Therefore, because plaintiff's cases have now been consolidated, it is ORDERED:

1) The Court declines to adopt the report and recommendation (Dkt. 55).
2) Plaintiff has leave to file a third amended complaint, including all his claims from both the present case and the case originally filed under 3:18-cv-5133-BHS-JRC.
3) Plaintiff shall file his amended complaint by August 3, 2018.
4) The Clerk is directed to renote Plaintiff's motion for summary judgment (Dkt. 41), defendants' cross-motion for summary judgment (Dkt. 44), and plaintiff's motion to alter or amend (Dkt. 53) for August 3, 2018.
5) The Clerk is also directed to re-refer the case to Magistrate Judge J. Richard Creatura.

Dated this 10th day of July, 2018.

Ronald B. Leighton
United States District Judge