UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN GRIFFIN, JR.,

Plaintiff,

v.

DANIEL W. WHITE, et al.,

Defendants.

CASE NO. 3:17-cv-05841-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) The Court denies plaintiff's motion for summary judgment (Dkt. 41), defendants' cross-motion for summary judgment (Dkt. 44), and plaintiff's motion to alter or amend (Dkt. 53).

**DATED** this 27th day of August, 2018.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1