UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT DEAN GRIFFIN, JR.,

                Plaintiff,

    v.

DANIEL WHITE,

                Defendant.

CASE NO. 3:17-CV-05841-RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' motion for summary judgment (Dkt. 73) is granted. Plaintiff's action is denied. Plaintiff may continue to proceed *in forma pauperis* if he appeals the Court's decision.

**DATED** this 22nd day of January, 2019.

_____
Ronald B. Leighton
United States District Judge